

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00310-CV

**JACKIE RUSSELL KEETER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court
Hamilton County, Texas
Trial Court No. CR06978/CR06361**

## MEMORANDUM OPINION

Jackie Keeter, an inmate, is appealing the trial court's August 7, 2013 "order to withdraw funds" that notifies the Texas Department of Criminal Justice that Keeter has been assessed court costs, fees, and a fine and instructs the Department to withdraw funds from Keeter's inmate account in accordance with Texas Government Code section 501.014.

Keeter filed a "motion to strike/withdraw void order to withdraw inmate funds dated August 7, 2013 …", but there is no ruling on that motion in the record to appeal

from or for the Court to review. *See* Tex. R. App. P. 33.1(a)(2); *Fox v. Maguire,* 224 S.W.3d 304, 306 (Tex. App.—El Paso 2005, pet. denied); *see also Brar v. Sedey,* 307 S.W.3d 916, 919 (Tex. App.—Dallas 2010, no pet.). Furthermore, the trial court's August 7, 2013 "order to withdraw funds" is not an order, much less an appealable order; it is a notice to the Texas Department of Criminal Justice under Government Code section 501.014(e). *Ramirez v. State,* 318 S.W.3d 906, 907-08 (Tex. App.—Waco 2010, no pet.); *see Jones v. State,* No. 10-10-00006-CV, 2011 WL 5221243 (Tex. App.—Waco Oct. 26, 2011, no pet.) (mem. op.); *see also Harrell v. State,* 286 S.W.3d 315, 316 n.1 (Tex. 2009).

The Clerk of the Court notified Keeter that, unless he showed grounds for continuing this appeal, it was subject to dismissal for want of jurisdiction because there is no appealable order. Keeter has not done so.

We dismiss this appeal for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed July 30, 2015
[CV06]

